IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVELERS COMPANIES, INC. as Subrogee of Knight Hawk Coal Co. | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 11-CV-1144-DRH ) |
| BLUEGRASS MARINE, LLC and MARQUETTE TRANSPORTATION COMPANY, | ) ) ) ) |
| Defendants. | ) |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a notice of voluntary dismissal with prejudice (Doc. 8), filed by plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). As defendants have not yet filed an answer or motion for summary judgment, the Court hereby **ACKNOWLEDGES** the dismissal with prejudice. The Court will close the file.

**IT IS SO ORDERED**.

Signed this 24th day of May, 2012.

Digitally signed by
David R. Herndon
Date: 2012.05.24
11:45:15 -05'00'

**Chief Judge**
**United States District Court**