IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVELERS COMPANIES, INC.,
as Subrogee of Knight Hawk
Coal Company,

      Plaintiff,

-vs-

BLUEGRASS MARINE, LLC and
MARQUETTE TRANSPORTATION
COMPANY,

      Defendants.               NO.  11-CV-1144-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 24, 2012, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:      /s/*Sandy Pannier*
                          **Deputy Clerk**

Dated: May 24, 2012

Digitally signed by
David R. Herndon
Date: 2012.05.24
13:36:16 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT